# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ASHOKKUMAR PATEL,<br>      Petitioner(s),<br> v.<br><br>H. BARRON, et al.,<br>      Respondent(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 23-0937-KKE |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

  The Report and Recommendation is approved and adopted. Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is granted. Respondents are directed to recalculate Petitioner's First Step Act time credits to include his eligibility for credits beginning on December 15, 2022, and to release Petitioner on the date established by that recalculation.

  Dated September 28, 2023.

                  <u>Ravi Subramanian</u>
                  Clerk of Court


                  <u>*/s/ Serge Bodnarchuk*</u>
                  Deputy Clerk